

# ANNIE REBECCA ELLIOTT
## DISTRICT CLERK

**MAILING**
301 Jackson Street
Richmond, Texas 77469
Telephone: (281) 341-4502

**PHYSICAL**
1422 Eugene Heimann Circle
Richmond, Texas 77469
Facsimile: (281) 341-4519

http://www.fortbendcountytx.gov
Departments – District Clerk

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/3/2015 3:28:03 PM
CHRISTOPHER A. PRINE
Clerk

**November 03, 2015**

To: The Clerk of the Court of Appeals for the **First Court of Appeals** Supreme Judicial District (Civil Appeal)

Trial Court No: **15-DCV-226436**   From the **240th Judicial District Court** Fort Bend County, Texas

Judge Presiding: **Chad Bridges**   Court Reporter: Elizabeth Wittu

| Appellant(s):  **LIANG "BENNY" ZHAO** | **VS** | Appellee(s):  **XO ENERGY LLC and XO ENERGY WORLDWIDE, LLLP** |
|---|---|---|

| *Attorney for Appellant(s)* | | *Attorney For Appellee(s)* |
|---|---|---|
| **Charles A Sturm** | | **Tom Vanarsdel** |
| SBN: 24003020 | | SBN: 24008196 |
| Sturm Law Pllc | | Winstead Pc |
| 723 Main Street Suite 330 | | Jpmorgan Chase Tower |
| Houston Tx  77002 | | 600 Travis Suite 1100 |
| | | Houston Tx  77002 |
| Telephone: 713-955-1800 | | Telephone: 713-650-2728 |
| Facsimile:  713-955-1078 | | Facsimile:  713-650-2400 |
| E-mail: | | E-mail: |
| Attorney for:   Liang "Benny" Zhao, Appellant | | Attorney for:   XO Energy LLC and XO Energy Worldwide, LLP, Appellee |

| **Date of Judgment/Appealable Order:** 10/29/15- Amended Temporary Injunction Order | Nature of Action: **Contract - Consumer/Commercial/Debt** |
|---|---|
| Disposition of Case: | Jury Trial: |
| | |
| Notice of Appeal Filed On:  **November 03, 2015** | |

Signed,  **on this the 3rd day of November, 2015**.

**ANNIE REBECCA ELLIOTT**
**FORT BEND COUNTY DISTRICT CLERK**
**301 JACKSON, RICHMOND, TEXAS 77469**

By:  ___/s/ Lisa Tucker_____
Deputy District Clerk Lisa Tucker
Telephone: (281) 341-4502

Electronically Filed with the First Court of Appeals

Filed
11/3/2015 11:00:34 AM
**Annie Rebecca Elliott**
District Clerk
Fort Bend County, Texas
Lisa Tucker

CAUSE NO. 15-DCV-226436

| | | |
|---|---|---|
| **XO ENERGY LLC** and **XO ENERGY WORLDWIDE, LLLP,** | § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs,* | § § § | |
| v. | § § | FORT BEND COUNTY, TEXAS |
| **LIANG "BENNY" ZHAO,** | § § § | |
| *Defendant.* | § | 240th JUDICIAL DISTRICT |

## DEFENDANT'S NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that Liang "Benny" Zhao, Defendant in the above-named case, styled *XO Energy LLC v. Zhao*, No. 15-DCV-226436, pending in the 240th Judicial District Court of Fort Bend County, Texas, pursuant to Section 51.014(4) of the Texas Civil Practice & Remedies Code, hereby appeals to either the 1st or 14th Court of Appeal of Texas, from the Amended Temporary Injunction entered in this action on October 30, 2015.

Pursuant to Texas Rule of Appellate Procedure 28.1, this is an accelerated appeal.

### Local Rule Notice of and Assignment of Related Cases in Appeals

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

None.

//

//

//

Date:  November 3, 2015

Respectfully submitted,

**STURM LAW, PLLC**

*/s/ Shannon A. Lang*

Charles A. Sturm
Texas Bar No. 24003020
csturm@sturmlegal.com
Shannon A. Lang
Texas Bar No. 24070103
slang@sturmlegal.com
723 Main Street, Suite 330
Houston, Texas 77002
(713) 955-1800 tel
(713) 955-1078 fax

*Attorney for Defendant*
*Liang "Benny" Zhao*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2015, pursuant to Texas Rule of Civil Procedure 21a(a)(1), a true and correct copy of the foregoing document was served on the attorney-in-charge for Plaintiffs via the electronic filing manager utilized to file this document with the Court.

Tom Van Arsdel
WINSTEAD, P.C.
1100 JPMorgan Chase Tower
600 Travis Street
Houston, Texas  77002
(713) 650-2728 tel.
(713) 650-2400 fax
tvanarsdel@winstead.com

/s/ *Shannon A. Lang*
Shannon A. Lang